AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| REYES JOHN SANCHEZ-BORRERO | ) | Case No. 1:22mj9198 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**

7:39 pm Sep 21 2022

**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____[See below]_____ in the county of _____Cuyahoga_____ in the _____Northern_____ District of _____Ohio_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Distribution of Fentanyl to person "M.G." on or about May 4, 2022 |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Distribution of Fentanyl to person "J.H." on or about May 4, 2022 |
| 18 U.S.C. § 841(a)(1), (b)(1)(C) | Felon in Possession of Firearm and Ammunition, on or about May 10, 2022 |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Distribution of Fentanyl to person "R.F." on or about July 19, 2022 |

This criminal complaint is based on these facts:

See Affidavit of Task Force Officer John Graves, which is incorporated fully herein and attached hereto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Task Force Officer John Graves
*Printed name and title*

Sworn to via telephone after submission by
reliable electronic means. Fed. R. Crim. P. 4.1.

Date: ___9/21/2022___

_____
*Judge's signature*

City and state: _____Cleveland, Ohio_____

US Magistrate Judge Jennifer Dowdell Armstrong
*Printed name and title*