AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
7:41 pm Sep 21 2022
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

United States of America
v.
REYES JOHN SANCHEZ-BORRERO

Case No. 1:22mj9198

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* REYES JOHN SANCHEZ-BORRERO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. § 841(a)(1), (b)(1)(C): Distribution of Controlled Substance
Count 2: 21 U.S.C. § 841(a)(1), (b)(1)(C): Distribution of Controlled Substance
Count 3: 18 U.S.C. § 922(g)(1): Felon in Possession of Firearm and Ammunition
Count 4: 21 U.S.C. § 841(a)(1), (b)(1)(C): Distribution of Controlled Substance

Date: 9/21/2022

*Issuing officer's signature*

City and state: Cleveland, OH

US Magistrate Judge Jennifer Dowdell Armstrong
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Reyes John Sanchez-Borrero
Known aliases: "Luda"
Last known residence: 3444 W 94th St, Cleveland, OH 44102
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 08/29/1985
Social Security number: 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
Height: 5'9"    Weight: 155
Sex: Male    Race: White/Hispanic
Hair: Brn    Eyes: Brn
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: Trafficking (2007) / Aggravated Robbery (2007)

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 284947HC5
Complete description of auto:

Investigative agency and address: FBI TFO John Graves (216-385-0738 / jgraves@clevelandohio.gov)

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*: N/A